IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| RACHEL MILLS et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>LAST RESORT GRILL, INC., and STANLEY WALKER,<br><br>**Defendants.** | Case No. 3:20-CV-115 (CDL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the pending Motion for Permission to Join filed by Catherine Wulff (Dkt. 39) be and hereby is VOLUNTARILY WITHDRAWN, and that the above-identified action be and hereby is dismissed WITH PREJUDICE.

Consistent with *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the parties agree that the effectiveness of this Stipulation is conditioned on the Court entering the enclosed Order expressly retaining jurisdiction to enforce the terms of the parties' settlement agreement and to determine the amount of reasonable expenses, costs and attorneys' fees Defendants are awarded for having to pursue and litigate the motion to enforce settlement, which will be resolved following the parties' written submissions as set forth in the Court's March 22, 2022 Order (Dkt. 86). Other than as set forth in the preceding sentence, each party shall bear its own attorneys' fees, expenses and costs in connection with the action.

1

Dated: April 18, 2022                  Respectfully submitted,

/s/ Peter H. Steckel               /s/ Kathryn S. McConnell

| | |
|---|---|
| Peter H. Steckel | Kathryn S. McConnell |
| Georgia Bar No. 491936 | Georgia Bar No. 265509 |
| peter@steckelworklaw.com | kmcconnell@littler.com |
| STECKEL LAW, LLC | LITTLER MENDELSON P.C. |
| 54 S. Main Street | 3424 Peachtree Road N.E., Suite 1200 |
| Watkinsville, GA 30677 | Atlanta, GA 30326 |
| Telephone: 404.717.6220 | Telephone: 404.233.0330 |
| | Facsimile: 404.233.2361 |
| James Larry Stine | |
| jls@wimlaw.com | Alex Berg (*pro hac vice*) |
| WIMBERLY LAWSON STECKEL | aberg@littler.com |
| SCHNEIDER AND *STINE,* P.C. | LITTLER MENDELSON, P.C. |
| 3400 Peachtree Rd. NE | 1650 Tysons Blvd., Suite 700 |
| Lenox Towers | Tysons Corner, VA 22102 |
| Suite 400 | Telephone: 703.286.3138 |
| Atlanta, GA 30326 | Facsimile:  703.552.0045 |
| Telephone: 404.365.0900 | |
| Facsimile:  404.261.3707 | *Attorneys for Defendant* |
| | *Last Resort Grill, Inc.* |
| *Attorneys for Plaintiffs* | |

/s/ Tracey T. Barbaree

Tracey T. Barbaree
Moeller Barbaree LLP
1175 Peachtree Street, N.E.
Suite 1850
Atlanta, GA 30361
tbarbaree@moellerbarbaree.com
404.748.9122

*Attorneys for Defendant Stanley Walker*