IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| RACHEL MILLS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LAST RESORT GRILL, INC., and STANLEY WALKER,<br><br>Defendants. | Case No. 3:20-CV-115 (CDL) |

## ORDER

The Court previously approved the settlement of FLSA claims in Case No. 3:20-cv-93, and the Clerk entered judgment prematurely in that case given the pendency of a motion for attorneys fees that applied to that case, Case No. 3:20-cv-139 and the above referenced case. The Court accordingly vacated that judgment, and reopened cases 3:20-cv-93 and 3:20-cv-139 so that the motion for attorneys fees could be decided. The following order is entered in the above referenced case at the request of the parties. Upon careful review and after due consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal with Prejudice filed by Plaintiffs is hereby approved, adopted and ratified by the Court;

2. The Court accepts Plaintiffs' withdrawal of their Motion for Permission to Join filed by Catherine Wulff (Dkt. 39), which is accordingly rendered moot;

3. The above-captioned matter is hereby **DISMISSED WITH PREJUDICE**; and

4. Consistent with *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Court

retains jurisdiction solely for the purpose of enforcing the parties' settlement agreement and determining the amount of reasonable expenses, costs and attorneys' fees Defendants are awarded for having to pursue and litigate the motion to enforce settlement, which will be resolved following the parties' written submissions as set forth in the Court's March 22, 2022 Order (Dkt. 86). SO ORDERED this 20th day of April 2022.

                                                                       s/Clay D. Land
                                                                       THE HONORABLE CLAY D. LAND
                                                                       UNITED STATES DISTRICT JUDGE